UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization; VICTORIA ARZU, CLAUDETTE FORBES, JUDY JONES, DONNA MCLEOD, CATALINA ORTIZ, LOUISE ("PENNY") POOLE, KATHERINE VEGA,<br><br>           Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF COMMISSIONERS; CHARLOTTE NASH, JACE BROOKS, LYNETTE HOWARD, TOMMY HUNTER, and JOHN HEARD, in their official capacities as Gwinnett County Commissioners; GWINNETT COUNTY PUBLIC SCHOOLS; CAROLE BOYCE, DANIEL SECKINGER, MARY KAY MURPHY, ROBERT MCCLURE, and LOUISE RADLOFF, in their official capacities as members of the Gwinnett County Board of Education; GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS,<br><br>           Defendants. | Civil Action<br>File No.: 1:16-cv-02852-AT<br><br>**(Section 2 of the Voting Rights Act -<br>52 U.S.C. § 10301)** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 29th day of August, 2016.

BUCKLEY BEAL, LLP

By: _____
Brian J. Sutherland
Georgia Bar No. 105408
bsutherland@buckleybeal.com

Promenade, Suite 900
1230 Peachtree Street NE
Atlanta, GA  30309
Telephone:  (404) 781-1100
Facsimile:  (404) 781-1101

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization; VICTORIA ARZU, CLAUDETTE FORBES, JUDY JONES, DONNA MCLEOD, CATALINA ORTIZ, LOUISE ("PENNY") POOLE, KATHERINE VEGA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF COMMISSIONERS; CHARLOTTE NASH, JACE BROOKS, LYNETTE HOWARD, TOMMY HUNTER, and JOHN HEARD, in their official capacities as Gwinnett County Commissioners; GWINNETT COUNTY PUBLIC SCHOOLS; CAROLE BOYCE, DANIEL SECKINGER, MARY KAY MURPHY, ROBERT MCCLURE, and LOUISE RADLOFF, in their official capacities as members of the Gwinnett County Board of Education; GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS,<br><br>　　　　　Defendants. | Civil Action<br>File No.: 1:16-cv-02852-AT<br><br>**(Section 2 of the Voting Rights Act -<br>52 U.S.C. § 10301)** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2016, the foregoing **Certificate of Compliance** was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will be sent electronically to the following registered participants:

> A. Lee Parks
> Andrew Y. Coffman
> Clifford Zatz
> E.L. Victoria Sweeny
> Wesley C. Lancaster

By:  BUCKLEY BEAL, LLP

Brian J. Sutherland
Georgia Bar No. 105408
bsutherland@buckleybeal.com