# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS, INC., as an organization; VICTORIA ARZU, CLAUDETTE FORBES, JUDY JONES, DONNA MCLEOD, CATALINA ORTIZ, LOUISE ("PENNY") POOLE, KATHERINE VEGA,<br><br>Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF COMMISSIONERS; CHARLOTTE NASH, JACE BROOKS, LYNETTE HOWARD, TOMMY HUNTER, and JOHN HEARD, in their official capacities as Gwinnett County Commissioners; GWINNETT COUNTY PUBLIC SCHOOLS; CAROLE BOYCE, DANIEL SECKINGER, MARY KAY MURPHY, ROBERT MCCLURE, and LOUISE RADLOFF, in their official capacities as members of the Gwinnett County Board of Education; GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS,<br><br>Defendants. | Civil Action No.: 1:16-cv-02852-AT<br><br>(Section 2 of the Voting Rights Act - 52 U.S.C. § 10301) |

# CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 30th day of September, 2016.

By: /s/ John Powers
John Powers*
jpowers@lawyerscommittee.org
*Admitted Pro Hac Vice


Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE AND COMPLICANCE WITH LOCAL RULE 5.1(C)

I hereby certify that on this 30th day of September, 2016, the foregoing **CERTIFICATE OF COMPLIANCE** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, which is one of the font and point selections approved by the Court in Local Rule 5.1(C).

By: _____
John Powers

Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*Counsel for Plaintiffs*