IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; et al., <br><br> Plaintiffs, <br><br> v. <br><br> GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; et al., <br><br> Defendants. | Civil Action No. <br> 1:16-cv-02852-AT |

**CERTIFICATE OF SERVICE AND
<u>COMPLIANCE WITH LOCAL RULE 5.1(C)</u>**

This will hereby certify that I, the undersigned, served the foregoing F.R.C.P. 26(a)(2)(B) report and supporting material of RICHARD L. ENGSTROM upon the Defendants on August 8, 2017, by e-mail and U.S. Mail, postage prepaid, addressed to:

Allan Leroy Parks, Jr.
Andrew Yancey Coffman
Parks, Chesin & Walbert
75 14th Street N.E.
26th Floor
Atlanta, Georgia 30309

Anne Ware Lewis
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE

Atlanta, Georgia 30309

Richard A. Carothers
Carothers & Mitchell, LLP
1809 Buford Highway
Buford, Georgia 30518

Victoria Sweeny
Wesley Creighton Lancaster
Thompson, Sweeny, Kinsinger & Pereira P.C.
690 Longleaf Drive
Lawrenceville, Georgia 30046

On August 8, 2017, I electronically filed the Certificate of Service for the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such to the following attorneys of record:

Allan Leroy Parks, Jr.
Andrew Yancey Coffman
Anne Ware Lewis

E.L. Victoria Sweeny

Richard A. Carothers
Wesley Creighton Lancaster

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, which is one of the font and point selections approved by the Court in Local Rule 5.1(C).

3

This 8th day of August, 2017.

                      By:   <u>*/s/ John Powers*</u>
                             John Powers
                             Lawyers' Committee for Civil Rights Under Law
                             1401 New York Ave., NW, Suite 400
                             Washington, D.C. 20005
                             Telephone:   (202) 662-8600
                             Facsimile:    (202) 783-0857

                             *Counsel for Plaintiffs*