IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY, GEORGIA; *et al.*,<br><br>Defendants. | Civil Action No.<br>1:16-cv-02852-AT |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants Gwinnett County, Georgia's and Gwinnett County Board of Registrations and Elections' Motion to Dismiss Third Amended Complaint, the motion is **GRANTED**.

It is ORDERED that Plaintiffs' deadline to respond to Defendants Gwinnett County and Gwinnett County Board of Registrations and Elections' motion to dismiss is extended from November 8, 2017 to **November 30, 2017**.

IT IS SO ORDERED this 8th day of November, 2017.

_____
United States District Judge