IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; et al.<br><br>    Plaintiffs,<br>    v.<br><br>GWINNETT COUNTY BOARD OF COMMISSIONERS; et al.<br><br>    Defendants.<br>_____ | CIVIL ACTION NO.:<br>1:16-cv-02852-AT |

## AMENDED SCHEDULING ORDER

The Scheduling Orders entered in this case on May 12, 2017 [Doc. 88] and October 11, 2017 [Doc. 158] are hereby amended as follows:

(1)  Either party may file rebuttal or supplemental reports until January 22, 2018 and upon a showing of good cause thereafter;

(2)  Discovery terminates on February 12, 2018;

(3)  The Court shall hold a status conference at the conclusion of discovery and prior to establishing deadlines for summary judgment motions. However, absent an intervening order, the parties should be prepared to file motions for summary judgment no later than February 28, 2018.

-2-

IT IS SO ORDERED, this 11th day of December, 2017.

*[signature]*
The Honorable Amy Totenberg
U.S. District Judge

Consented to by:

 /s/ Julie Houk
Julie Houk
Associate Counsel
Voting Rights Project
Lawyers' Committee for
    Civil Rights Under Law

 /s/ Brian J. Sutherland
Brian J. Sutherland
Buckley Beal, LLP

*Counsel for Plaintiffs*

 /s/ Andrew Y. Coffman
Andrew Y. Coffman
Parks Chesin &Walbert, P.C.

E. Victoria Sweeny
Thompson, Sweeny, Kinsinger
    & Pereira, P.C.

*Counsel for Defendant*
*Gwinnett County School District*

 /s/ Frank B. Strickland
Frank B. Strickland
Strickland Brockington Lewis, LLP

Richard A. Corothers
Carothers & Mitchell, LLC

*Counsel for Defendants Gwinnett*
*County, Georgia and Gwinnett County*
*Board of Registrations and Elections*