IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; et al., <br><br> Plaintiffs, <br><br> v. <br><br> GWINNETT COUNTY BOARD OF COMMISSIONERS; et al., <br><br> Defendants. | Civil Action No. 1:16-cv-02852-AT |

## CERTIFICATE OF SERVICE

This is to certify that on January 16, 2018, I electronically filed the **Certificate of Service** serving **PLAINTIFF'S SUPPLEMENTAL DISCLOSURES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Allan Leroy Parks, Jr.
    Andrew Yancey Coffman
    Anne Ware Lewis
    April N. Ross
    Clifford Zatz
    E. L. Victoria Sweeny
    Ezra David Rosenberg
    John Michael Powers
    Julie Marie Houk
    Richard A. Carothers
    Wesley Creighton Lancaster

and have served the supplemental initial disclosures on the following counsel of record via email and U.S. Mail, addressed as follows:

| | |
|---|---|
| Andrew Yancey Coffman | W. Creighton Lancaster |
| Allen Leroy Parks, Jr. | E.L. Victoria Sweeny |
| Parks Chesin & Walbert PC | Thompson Sweeny Kinsinger |
| 75 14th Street NE | PO Drawer 1250 |
| 26th Floor | Lawrenceville, GA 30046 |
| Atlanta, GA 30303 | |

Richard A. Carothers
Brian R. Dempsey
Carothers & Mitchell LLC
1809 Buford Highway
Buford, GA 30518

Frank B. Strickland
John J. Park, Jr.
Anne Ware Lewis
Barclay Hendrix
Strickland Brockington Lewis LLP
1170 Peachtree Street NE Suite 2200
Atlanta, GA 30309-7200

                                                        BUCKLEY BEAL, LLP

                                                        *s/ Brian J. Sutherland*
                                                        Georgia Bar No. 105408
                                                        bsutherland@buckleybeal.com

Promenade, Suite 900
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

Counsel for Plaintiff