UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE ) <br> OF THE NAACP, et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) Civil Action No. <br> v. ) <br> ) 1:16-cv-02852-AT <br> GWINNETT COUNTY, GEORGIA, ) <br> et al. ) <br> ) <br> Defendants. ) | |

### NOTICE OF CONTINUED DEPOSITION OF MIKE BEAUDREAU

To:  **Mike Beaudreau**, by and through his counsel, Anne W. Lewis, Frank B. Strickland, Barclay Hendrix, and John J. Park Jr., Strickland Brockington Lewis LLP, Midtown Proscenium Suite 2200, 1170 Peachtree Street N.E., Atlanta, GA 30309

PLEASE TAKE NOTICE that, at the request of Mike Beaudreau, the deposition of Mike Beaudreau, which will be taken pursuant to Federal Rules of Civil Procedure 45 by Plaintiffs Georgia State Conference of the NAACP, as an organization, Georgia Association of Latino Elected Officials, Inc., as an organization, Muneeb Ahmed, Victoria Arzu, Claudette Forbes, Judy Jones, Donna McLeod, Catalina Ortiz, Louise ("Penny") Poole, Sheikh Rahman, and Luis Rivera, has been continued and will begin on Monday, **February 12, 2017**, beginning at **noon**, continuing from day to day until completed, at the office of Balch & Bingham,

1

LLP, which is located at 30 Ivan Allen Jr. Blvd., N.W., Suite 700, Atlanta, GA 30308. The deposition shall be taken before an officer authorized by law to administer oaths and take testimony and will be recorded by stenographic means.

Dated: February 2, 2018

/s/ Brian J. Sutherland
Brian J. Sutherland
Georgia Bar 105408
Edward D. Buckley
Georgia Bar 092750
Buckley Beal, LLP
1230 Peachtree Street, N.E., Suite 900
Atlanta, GA 30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

/s/ John Powers
Ezra D. Rosenberg, Esq.*
Julie Houk, Esq.*
John Powers, Esq.*
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

April N. Ross, Esq.*
Clifford J. Zatz, Esq.*
Monica Rose Sterling, Esq.*
aross@crowell.com
czatz@crowell.com
msterling@crowell.com
Crowell & Moring LLP

1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Admitted pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of February, 2018, the foregoing was served by e-mail and the ECF/CMF system on all counsel of record as set forth below:

A. Lee Parks, Jr.
lparks@pcwlawfirm.com
Andrew Y. Coffman
acoffman@pcwIawfirm.com
PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, Suite 2600
Atlanta, Georgia 30309
Fax: (404) 873-8050

E. Victoria Sweeny
vsweeny@thompson-sweeny.com
W. Creighton Lancaster
wcl@thompson-sweeny.com
THOMPSON, SWEENY, KINSINGER & PEREIRA, P.C.
P.O. Drawer 1250
Lawrenceville, GA 30046
Fax: (770) 822-2913

Counsel for Defendant
Gwinnett County School District

Anne W. Lewis
awl@sbllaw.net
Frank B. Strickland
frank.strickland@sbllaw.com
Barclay Hendrix
barclay.hendrix@sbllaw.com
John J. Park Jr.
John.park@sbllaw.com
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309

Richard A. Carothers
richard.carothers@carmitch.com
Brian Dempsey
brian.dempsey@carmitch.com
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518

Counsel for Defendants Gwinnett County, Georgia, and Gwinnett County Board of Registrations and Elections

/s/ John Powers
Lawyers' Committee for Civil Rights Under Law

*Counsel for Plaintiffs*