IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; et al. ) ) ) Plaintiffs, ) v. ) ) GWINNETT COUNTY BOARD OF COMMISSIONERS; et al. ) ) ) Defendants. ) _____ ) | CIVIL ACTION NO.: 1:16-cv-02852-AT |

**JOINT STATEMENT OF ISSUES FOR STATUS CONFERENCE**

In accordance with the Court's instructions, the parties present the following list of issues to be addressed during a status conference:

(1) Plaintiffs request that the Court set a trial date in April 2018 and, if that is not possible, Plaintiffs request that the Court set a deadline for Plaintiffs to file a motion for preliminary injunction to enjoin Defendant Gwinnett County Board of Elections from holding elections in 2018 for County Commission and School Board seats under the current districting plans;

(2) Plaintiffs request a separate hearing to determine whether Plaintiffs will be allowed to use testimony presented in the Supplemental Declaration of Richard Engstrom once briefing is complete (*See* Defendants' Motion To Strike

The Supplemental Declaration of Richard L. Engstrom [Doc. 237] and Defendants' Objections To The Supplemental Declaration of Richard L. Engstrom, [Doc. 238]);

(3) Plaintiffs request a separate hearing to determine whether Plaintiffs will be allowed to use testimony presented in Dr. Engstrom's proposed Rebuttal Declaration once briefing is complete (*See* Plaintiffs' Motion For Leave To File Rebuttal Declaration of Richard Engstrom [Doc. 229] and Defendants' Brief In Opposition thereto [Doc. 239]);

(4) Defendants request that the Court establish a deadline for Defendants to respond to Dr. Engstrom's new reports if they are allowed;

(5) Defendants request that the Court establish a schedule for a supplemental deposition of Dr. Engstrom if any part of his supplemental or rebuttal reports are allowed;

(6) Plaintiffs request that the Court make a determination as to whether or not Dr. Engstrom can be deposed on his supplemental and rebuttal reports while the motions remain pending and, if not, a deadline for Defendants to depose Dr. Engstrom;

(7) Defendants request that the Court determine whether Plaintiffs may introduce and rely upon the new hypothetical *Gingles 1* plans and the supplemental report of Mr. Cooper Plaintiffs submitted on January 22, 2018 [Doc. 219].

(8) If the Cooper supplemental report and plans [Doc. 219] are allowed, determine when Defendants may respond to them.

(9) Defendants request that the Court establish a deadline for Defendants to respond to the new hypothetical *Gingles 1* plans and the supplemental report of Mr. Cooper submitted by Plaintiffs on January 22, 2018, if they are allowed. [Doc. 219];

(10) The parties request that the Court establish a deadline by which Defendants must take Mr. Cooper's deposition if his supplemental report and plans are allowed;

(11) Plaintiffs request that the Court make a determination as to whether or not establishing a briefing schedule for filing summary judgment motions is appropriate;

(12) Defendants request that the Court determine a schedule for filing motions for summary judgment in light of the foregoing expert and discovery issues; and

(13) Plaintiffs request that the parties be granted leave to file a statement of no more than four pages each outlining their positions on each of the issues listed above prior to the status conference.

Respectfully submitted this 22nd day of February 2018,

| | |
|---|---|
| /s/ Julie Houk | /s/ Frank B. Strickland |
| Julie Houk | Frank B. Strickland |
| Senior Special Counsel | Strickland Brockington Lewis, LLP |
| Voting Rights Project | |
| Lawyers' Committee for | Richard A. Corothers |
|    Civil Rights Under Law | Carothers & Mitchell, LLC |
| | |
| /s/ Brian J. Sutherland | *Counsel for Defendants Gwinnett* |
| Brian J. Sutherland | *County, Georgia and Gwinnett County* |
| Buckley Beal, LLP | *Board of Registrations and Elections* |

*Counsel for Plaintiffs*

/s/ Andrew Y. Coffman
Andrew Y. Coffman
Parks Chesin &Walbert, P.C.

E. Victoria Sweeny
Thompson, Sweeny, Kinsinger
   & Pereira, P.C.

*Counsel for Defendant*
*Gwinnett County School District*